# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                      Case No. 3:18-CR-50

JUSTIN MARTIN,

        Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 14), ACCEPTING THE PLEA OF GUILTY, AND REFERRING THE CASE TO THE U.S. PROBATION DEPARTMENT FOR A PRESENTENCE INVESTIGATION AND REPORT**

---

On March 18, 2019, this matter came before United States Magistrate Judge Sharon L. Ovington for a Change of Plea Hearing. Having conducted a full plea colloquy with the Defendant, the Magistrate Judge concluded that the Defendant's plea of guilty to Count 1 of the Indictment was knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilt. This Court, noting that no objections have been filed thereto, and that the time for filing such objections expired on April 3, 2019, hereby ADOPTS said Report and Recommendations.

Therefore, based upon the aforesaid, and this Court's de novo review of the comprehensive findings by the United States Magistrate Judge this Court adopts the Report and Recommendations of the United States Magistrate Judge (doc.14) in its entirety, finding that the plea was knowing, intelligent and voluntary. The Defendant is FOUND guilty of the offense for which she pled. This matter is ORDERED referred to the Unites States Probation Department for a presentence investigation and report. Sentencing scheduled for June 25, 2019 at 1:30 p.m..

**DONE** and **ORDERED** in Dayton, Ohio, this 4th day of April, 2019.

                                                                         THOMAS M. ROSE, JUDGE
                                                                         UNITED STATES DISTRICT COURT